FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2015 AUG 19  AM 11: 34

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LOFTI CHARFAOUI,

CASE NO.:

6:15-CV-1379-ORL-41-KRS

    Plaintiff,

vs.

KOSHER GOURMET, INC., a Florida
Profit Corporation,
and ERIC KESSOUS, Individually,

    **Defendant.**    /

## NOTICE OF FILING NOTICE OF CONSENT TO JOIN

Plaintiff, LOFTI CHARFAOUI, gives notice of filing the attached Notice of Consent to Join (*attached hereto as Exhibit "A"*).

DATED this 18th day of August, 2015.

    /s/ J. COREY MOORE
    J. Corey Moore, Esquire
    FLBN: 0093615
    MORGAN & MORGAN, P.A.
    20 N. Orange Ave., 14th Floor
    Orlando, FL 32802-4979
    Telephone: (407) 236-5986
    Facsimile: (407) 245-3401
    E-mail: JMoore@ForThePeople.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on the 18th of August 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. None. I further certify that a copy of the foregoing has been forwarded to a process server to effectuate service on the Registered Agent for the Defendants.

/s/ **J. COREY MOORE**
J. Corey Moore, Esquire

# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR THE
__Middle District__ OF FLORIDA
CASE NO.:

__Lofti Charfaoui__,
Individually, and on behalf of
others similarly situated,

Plaintiff,

v.

__Kosher Gourmet, Inc., a Florida Profit__
__Corporation, and Eric Kessous, Individually__
Defendants.

_____/

## CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY MORGAN & MORGAN, P.A.®

- I _____, consent to join the above styled lawsuit seeking damages for unpaid wages under the FLSA;
- I am similarly situated to the named Plaintiff in this matter because I performed similar duties for the Defendant and was paid in the same regard as the named Plaintiff;
- I authorized the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;
- I agree to be represented by Morgan & Morgan, P.A.®, counsel for the named Plaintiff;
- In the event this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

Date: _____

Signature: _[signature]_

Address: c/o my Counsel- Morgan & Morgan, P.A.®
600 North Pine Island Road, Suite 400
Plantation, FL  33324

(M&M form #73) 11/01/10