UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LOFTI CHARFAOUI,**

      **Plaintiff,**

**v.**                                  **Case No:  6:15-cv-1379-Orl-41KRS**

**KOSHER GOURMET, INC. and ERIC
KESSOUS,**

      **Defendants.**

_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement Agreement and for Dismissal of All Claims with Prejudice (Doc. 26). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation ("R&R," Doc. 27), in which she recommends that the Court grant the motion and dismiss the case with prejudice.

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees with the findings of fact and conclusions of law in the R&R.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement and for Dismissal of All Claims with Prejudice (Doc. 26) is **GRANTED**. The parties' Settlement Agreement (Doc. 26-1) is a fair and reasonable resolution of a bona fide dispute under the FLSA.

3. This case is **DISMISSED with prejudice**.

4.   The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 6, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record